**Motor List Company, defendant in error, v. Diamoud T. Motor Car Company, plaintiff in error. Gen. No. 27,474.**

Statement of claim for goods sold and delivered and for labor and material. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed. Opinion filed April 11, 1923.

West & Eckhart, for plaintiff in error. Hoyne & O'Connor, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**City of Chicago, appellee, v. Werner Marti, Jr., appellant. Gen. No. 27,505.**

Prosecution for indecent exposure. Defendant found guilty and fined $100 and costs. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923. Rehearing denied April 24, 1923.

Stedman, Soelke & Johnson, for appellant. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Benjamin H. Ehrlich, appellee, v. Douglas Rug & Carpet Cleaners, appellant. Gen. No. 27,526.**

Statement of claim for rug. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed April 11, 1923. Rehearing denied April 24, 1923.

Herman S. Landfield, for appellant; I. Archer Levin, of counsel. Benjamin H. Ehrlich, *pro se.*

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Ernest J. Batten, appellant, v. City of Chicago et al., appellees. Gen. No. 27,540.**

Bill of complaint to restrain City of Chicago from certifying and paying out moneys under appropriation ordinance to certain grades in the police department. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923.

A. D. Gash, for appellant. Samuel A. Ettelson, for appellees; Gilbert G. Ogden and Busch, Leesman & Roemer, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.